**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1961**

JOHN PAUL TURNER, CPO, U.S. Navy Retired,

Plaintiff - Appellant,

v.

BARACK OBAMA, Commander of the U.S. Armed Forces; LARRY
HOWDYSHELL, August County Board of Supervisors & North River
District Supervisor,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:09-cv-00073-sgw)

Submitted:  September 21, 2009      Decided:  October 14, 2009

Before NIEMEYER, MICHAEL, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John Paul Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) (2006) and denying his motion for reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Turner v. Obama, No. 7:09-cv-00073-sgw (W.D. Va. Mar. 5, 2009 & Aug. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED